UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 13-796-CAS (SP) | Date | April 7, 2014 |
|---|---|---|---|
| Title | LAWRENCE ESPER v. SANDRA HUTCHENS, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

None Appearing                                       None Appearing

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On May 30, 2013, plaintiff Lawrence Esper, a civil detainee proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint").  On June 28, 2013, the court dismissed the Complaint with leave to amend.  Accordingly, plaintiff filed a First Amended Complaint on July 22, 2013 ("FAC").  On November 12, 2013 defendants Hutchens, Brotheim, Lagaret, Lemmon, Stichter, and the OC Board of Supervisors moved to dismiss the FAC.[1]  On December 16, 2013, plaintiff filed his Opposition to defendants' motion to dismiss and defendants filed their Reply on December 30, 2013.  The court found that the FAC was subject to dismissal and granted plaintiff leave to file a Second Amended Complaint by March 20, 2014.  Two weeks having passed beyond this deadline, the court has not received a Second Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **April 28, 2014**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.  In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by April 28, 2014.

---

[1] The remaining defendants had not been served with the FAC at the time the motion to dismiss was filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 13-796-CAS (SP) | Date | April 7, 2014 |
|---|---|---|---|
| Title | LAWRENCE ESPER v. SANDRA HUTCHENS, et al. | | |

  If plaintiff files a Second Amended Complaint by **April 28, 2014**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.